# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE ROBERTSON

NO. 2021 KW 1202

**DECEMBER 30, 2021**

In Re:    Bruce Robertson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-06-0211.

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT APPLICATION GRANTED IN PART AND DENIED IN PART.**
Relator's application is granted in part for the purpose of
transferring to the district court for consideration as a motion
for production of documents, wherein relator is seeking a copy
of the district court's July 7, 2021, ruling on his application
for postconviction relief.    The remainder of relator's
application is denied. As an incarcerated pro se prisoner,
relator may seek review of the district court's ruling on his
application for postconviction relief without the necessity of
obtaining a return date.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT